IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WALTER STEWART, | CV 15-000044-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| CCC CROSSROADS CORRECTIONAL TRANSPORT OFFICER MR. WATTS, | |
| Defendant. | |

Plaintiff Walter Stewart, a prisoner proceeding in forma pauperis and without counsel, has filed a motion for transcripts. As there are no transcripts in this matter,

It is HEREBY ORDERED that the motion for transcripts (Doc. 60) is denied as moot.

DATED this 6th day of October, 2016.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge