IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WALTER STEWART,<br><br>Plaintiff,<br><br>vs.<br><br>CCC CROSSROADS CORRECTIONAL TRANSPORT OFFICER MR. WATTS,<br><br>Defendant. | CV 15-000044-GF-BMM<br><br><br>ORDER |

On June 9, 2017, Plaintiff Walter Stewart, a prisoner proceeding in forma pauperis and without counsel, filed a motion for default judgment. (Doc. 65.) This has been closed since June 1, 2016. (Judgment, Doc. 53.)

Mr. Stewart is seeking default because Defendant did not respond to a December 24, 2015 motion for extension of time. (Doc. 28.) The Court granted the motion for extension on January 4, 2016. (Doc. 31.) There is no basis for default. *See* Fed.R.Civ.P. 55.

ACCORDINGLY IT IS HEREBY ORDERED that the motion for default

judgment (Doc. 65) is denied.

DATED this 13th day of July, 2017.

_____
Brian Morris
United States District Court Judge